IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 12-3111 CW |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LAW LIBRARY ACCESS (Docket No. 29) |
| v. | |
| OFFICER BARBER; OFFICER SMITH; OFFICER TANG; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, | |
| Defendants. | |

On December 27, 2012, Plaintiff Jerome L. Grimes filed a motion for an order to allow him access to the Law Library at the San Francisco County Jail.  Docket No. 29.  Plaintiff subsequently filed a notice of change of address, in which he represented that his new mailing address was at the Trial Competency Program of Napa State Hospital.  Docket No. 30.

Because Plaintiff apparently no longer resides at the San Francisco County Jail, the Court denies as moot his motion for access to the Law Library at that jail (Docket No. 29).

IT IS SO ORDERED.

Dated: 2/27/2013

CLAUDIA WILKEN
United States District Judge