IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER BARBER; OFFICER SMITH; OFFICER TANG; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendants.<br>_____/ | No. C 12-3111 CW<br><br>ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (Docket No. 35) |

　　On February 27, 2013, the Court quashed service upon Defendants Officers Barber, Smith and Tang and extended the deadline for Plaintiff Jerome L. Grimes to serve these Defendants until March 29, 2013.

　　Plaintiff now moves for an additional sixty days in which to serve these Defendants.  Plaintiff explains that he is currently being held in the trial competency program of the Napa State Hospital.  Counsel for these Defendants was served with an electronic notice of the filing of Plaintiff's motion on March 12, 2013.[1]  As of the date of this Order, no opposition to Plaintiff's motion has been received.

　　Accordingly, the Court GRANTS Plaintiff's motion and extends time for service upon Officers Barber, Smith and Tang until May 28, 2013.  By that date, Plaintiff must file either proof of

---

[1] Although Plaintiff has filed a certificate of service of the motion upon Defendants' counsel, Docket No. 34, the address at which he served her appears to be incorrect.

service upon each of these Defendants or a motion for additional time in which to serve them, in which he provides good cause for the failure to serve them within the allowed time period. Plaintiff's failure to comply with the terms of this Order will result in dismissal of his claims for failure to prosecute.

Plaintiff shall not attempt to serve the summons and complaint upon any individual or entity that is not named in his complaint.

IT IS SO ORDERED.

Dated: 3/20/2013

CLAUDIA WILKEN
United States District Judge

2