IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 12-3111 CW |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND |
| v. | TIME FOR SERVICE (Docket No. 37) |
| OFFICER BARBER; OFFICER SMITH; OFFICER TANG; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, | |
| Defendants. | |
| _____/ | |

On March 20, 2013, the Court extended the deadline for Plaintiff Jerome L. Grimes to serve Defendants Officers Barber, Smith and Tang until May 28, 2013.  Docket No. 36.

Plaintiff now moves for an additional sixty days in which to serve these Defendants.  Plaintiff explains that he is still being held in the trial competency program of the Napa State Hospital and that be "appears to be, In-Route, to be discharged" from this program.  Mot. at 2-3.

Accordingly, the Court GRANTS Plaintiff's motion and extends time for service upon Officers Barber, Smith and Tang until July 29, 2013.

**United States District Court**
For the Northern District of California

1   By that date, Plaintiff must file either proof of service

2 upon each of these Defendants or a motion for additional time in

3 which to serve them, in which he provides good cause for the

4 failure to serve them within the allowed time period.  Plaintiff's

5 failure to comply with the terms of this Order will result in

6 dismissal of his claims for failure to prosecute.

7      IT IS SO ORDERED.

8

9 Dated:  5/23/2013

CLAUDIA WILKEN
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2