IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

    Plaintiff,

    v.

OFFICER BARBER; OFFICER SMITH; OFFICER TANG; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

    Defendants.

_____/

No. C 12-3111 CW

ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (Docket No. 40)

    On March 20, 2013, the Court extended the deadline for Plaintiff Jerome L. Grimes to serve Defendants Officers Barber, Smith and Tang until May 28, 2013. Docket No. 36. On May 23, 2013, the Court again extended the deadline for Plaintiff to serve these Defendants until July 29, 2013. Docket No. 38.

    Plaintiff now moves for an additional sixty days in which to serve these Defendants. Plaintiff explains that he is now being held at the San Francisco County Jail. Mot. at 1.

    Accordingly, the Court GRANTS Plaintiff's motion and extends time for service upon Officers Barber, Smith and Tang until September 27, 2013.

    By that date, Plaintiff must file either proof of service upon each of these Defendants or a motion for additional time in

which to serve them, in which he provides good cause for the failure to serve them within the allowed time period.  Plaintiff's failure to comply with the terms of this Order will result in dismissal of his claims for failure to prosecute.

IT IS SO ORDERED.

Dated: 7/23/2013

CLAUDIA WILKEN
United States District Judge