IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

    Plaintiff,

  v.

OFFICER BARBER; OFFICER SMITH; OFFICER TANG; and BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY,

    Defendants.

No. C 12-3111 CW

ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE (Docket No. 40)

On July 23, 2013, the Court extended for the third time the deadline for Plaintiff Jerome L. Grimes to serve Defendants Officers Barber, Smith and Tang. Docket No. 42.

Plaintiff now moves for an additional sixty days in which to serve these Defendants. Plaintiff explains that he is being held at the San Francisco County Jail. Mot. at 1.

Accordingly, the Court GRANTS Plaintiff's motion and extends time for service upon Officers Barber, Smith and Tang until November 25, 2013.

By that date, Plaintiff must file either proof of service upon each of these Defendants or a motion for additional time in which to serve them, in which he provides good cause for the failure to serve them within the allowed time period. Plaintiff's

1  failure to comply with the terms of this Order will result in
2  dismissal of his claims for failure to prosecute.
3     IT IS SO ORDERED.

5  Dated: 9/26/2013                    _____
                                       CLAUDIA WILKEN
                                       United States District Judge

2